634

No. 97. NEW YORK CENTRAL R. Co. v. BROWN. October 9, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. John J. Danhof* for petitioner. No appearance for respondent.

No. 98. ED S. MICHELSON, INC. v. NEBRASKA TIRE & RUBBER Co. October 9, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. I. J. Ringolsky* and *Harry L. Jacobs* for petitioner. *Mr. Cyrus Crane* for respondent.

No. 99. MISSOURI PACIFIC R. Co. v. CHICAGO GREAT WESTERN R. Co. October 9, 1933. Petition for writ of certiorari to the Supreme Court of Kansas denied. *Messrs. W. P. Waggener, J. M. Challiss,* and *B. P. Waggener* for petitioner. *Messrs. Ralph M. Shaw, Walter H. Jacobs,* and *A. L. Berger* for respondent.

No. 100. BIRMINGHAM BELT R. Co. v. BENNETT, ADMINISTRATRIX. October 9, 1933. Petition for writ of certiorari to the Supreme Court of Alabama denied. *Mr. Forney Johnston* for petitioner. *Mr. Hugo L. Black* for respondent.

No. 102. PENICK & FORD, LTD., INC. v. CORN PRODUCTS RFG. Co. October 9, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. John H. Lee, Russell Wiles,* and *Horace Dawson* for petitioner. *Messrs. Melville Church* and *Per-*

*cival H. Truman* for respondent.

No. 105. MUNSON STEAMSHIP LINE *v.* BERGEN LLOYD; and

No. 202. BERGEN LLOYD *v.* MUNSON STEAMSHIP LINE. October 9, 1933. Petition for writs of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Irving L. Evans* and *John Tilney Carpenter* for Munson Steamship Line. *Mr. John W. Griffin* for Bergen Lloyd.

No. 107. ELI ET AL. *v.* CARTER OIL Co. ET AL. October 9, 1933. Petition for writ of certiorari to the Supreme Court of Oklahoma denied. *Messrs. D. Haden Linebaugh, John B. Dudley, Paul C. Williams,* and *Paul Pinson* for petitioners. *Messrs. James A. Veasey* and *Lloyd G. Owen* for respondents.

No. 108. UNITED BUSINESS CORP. *v.* COMMISSIONER OF INTERNAL REVENUE. October 9, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. F. S. Bright* and *H. Stanley Hinrichs* for petitioner. *Solicitor General Biggs* for respondent.

No. 109. WHITAKER *v.* UNITED STATES. October 9, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Norman T. Whitaker, pro se. Solicitor General Biggs* and *Messrs. Frank M. Parrish* and *Harry S. Ridgely* for the United States.